UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

JOHNNIE JUNIOR BOERMAN,                    Case No. DK 05-08620
                                           Chapter 7
                Debtor.                     Hon. Scott W. Dales

_____/

## BRIEFING ORDER REGARDING OBJECTION TO CLAIM

PRESENT:    HONORABLE SCOTT W. DALES
            United States Bankruptcy Judge

On March 11, 2010 in Kalamazoo, Michigan, the court held a hearing to consider the Trustee's Objection to Claim #3 of the Internal Revenue Service (DN 51, the "Objection"). Laura Garlinghouse, Esq., appeared for Chapter 7 Trustee Scott A. Chernich; Deborah Gray appeared for Kalamazoo Oil Company. The Internal Revenue Service did not appear. At the hearing, the court inquired into the effect of 11 U.S.C. § 726 on the Trustee's Objection. The appearing parties requested an opportunity to submit additional briefing.

NOW, THEREFORE, IT IS HEREBY ORDERED that any party in interest may file additional briefing regarding the Objection on or before April 12, 2010.

IT IS FURTHER ORDERED that the court will render a decision after considering the additional briefs, if any, without further oral argument.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 Laura Garlinghouse, Esq., Internal Revenue Service, the United States Trustee, and Deborah Gray, Esq. at 1617 E. Milham Avenue, Suite B, Portage, Michigan 49002-3053.

**IT IS SO ORDERED.**          **Dated: March 14, 2010**

Scott W. Dales
United States Bankruptcy Judge